**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**GREENVILLE DIVISION**

| | | |
|---|---|---|
| **Robin Pack, individually, and as Parent and Natural Guardian of her minor children, E. P. and E. P.,** | ) ) ) | **Case No.:  6:25-cv-13665-SAC** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CONSENT MOTION TO AMEND** |
| **FedEx Ground Package System, Inc., Bossert Logistics, Inc., and Nyshana Allen,,** | ) ) ) | **SCHEDULING ORDER** |
| | ) | |
| **Defendants.** | ) | |

**TO:    UNITED STATES DISTRICT COURT:**

The parties consent and hereby move the Court for a Second Consent Amended Scheduling Order in the above-referenced case. A proposed order is being emailed to Chambers. The proposed order adds an additional one hundred and sixty-five (165) days to the deadlines as set forth in the proposed First Amended Scheduling Order. This is the parties' first request for alteration of the Court's scheduling order. The basis for this motion is delays in scheduling depositions of parties and witnesses relevant to this matter. The parties believe this amendment will not result in undue delay in the resolution of this matter and that the amendment is in the interest of justice. Therefore, the parties respectfully request that the Court amend the Conference and Scheduling Order [Dkt. No. 10], in accordance with the proposed First Amended Scheduling Order.

*Signature Page to Follow*

I SO MOVE:

s/Jake M. Tillery
Mark S. Barrow, Fed. I.D. 1220
Richard E. McLawhorn, Jr. Fed. I.D. 1141
Jake M. Tillery, Fed. I.D. 14371
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233
*Attorneys for Defendants*

I CONSENT:

s/Cooper Klaasmeyer
James G. Biggart II, Fed. I.D. 14195
Cooper Klaasmeyer, Fed. I.D. 14272
Morgan & Morgan, P.A.
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
(843) 973-5186
*Attorneys for Plaintiffs*